No. 10–5387.  STAPLES v. CHESTER, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 10–5388.  SLAUGHTER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 10–5389.  MacKENZIE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–5390.  JOHNSON-CHANDLER v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES.  Ct. App. D. C.  Certiorari denied.

No. 10–5391.  LINZY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–5392.  MOORE v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 10–5395.  JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–5396.  LOMACK v. SCRIBNER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–5397.  WILLIAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–5398.  SHANNON v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5399.  VON STAICH v. CURRY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–5401.  TEMPLE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–5402.  GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5404.  PATTON v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Richmond County, N. C.  Certiorari denied.